UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMEN L. GHULAM and MUHAYYONDIM GHULAM, )<br><br>        Plaintiffs )<br>                      )<br>        v.            )<br>                      )<br>DENIS RIORDAN, Director )<br>of the USCIS Boston, District )<br>Office, et al. , )<br>                      )<br>        Defendants. ) | Civil Action No.<br>05cv30555-MAP |

## MOTION TO EXTEND TIME
(Assented to)

The defendants, by their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, move to extend by 30 days the deadline for responding to the complaint. As grounds for this motion, the defendants state the extension will allow time for continued administrative processing of the plaintiff's visa petition, which may obviate the need for litigation.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she conferred with the plaintiffs' counsel and she assents to this motion.

WHEREFORE, the defendants request that the deadline for responding to the complaint be extended to May 30, 2005.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By:  /s/Karen L. Goodwin
                Karen L. Goodwin
                Assistant U.S. Attorney
                U.S. Attorney's Office
                Federal Building & Courthouse
                1550 Main Street, Room 310
                Springfield, MA  01103
                413-785-0235

Dated: April 8, 2005

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Marie Angelides, Angelides & South, 256 North Pleasant Street, Amherst, MA 01002.

                /s/Karen L. Goodwin
                KAREN L. GOODWIN
                Assistant U.S. Attorney