UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARMEN L. GHULAM and MUHAYYONDIM GHULAM | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 05cv30555-MAP |
| v. | ) ) | |
| DENIS RIORDAN, Director of the UCIS Boston, District Office, et al., | ) ) ) ) | |
| Defendants | | |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

The defendants, by their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), move to dismiss the complaint. A supporting memorandum accompanies this motion.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the plaintiffs' counsel but was unable to resolve the issues.

WHEREFORE, the defendants respectfully request that the court dismiss the complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   Karen Goodwin
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & Courthouse
1550 Main Street
Springfield, MA  01103

Dated: May 31, 2005

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Marie Angelides, 256 North Pleasant Street, Amherst, MA 01002.

Karen L. Goodwin