

# Angelides & South
## IMMIGRATION AND NATIONALITY LAW

IN RE: Ghulam et al v. Riordan et al
DOCKET NO: 3:05-cv-30055

Dear Clerk,                              8/13/05

     The above named case does not have a date for oral arguments. If the judge requests the case to be put on the calendar I will be out of the country until August 30.

     Thank you for your assistance.

Sincerely,

Marie Angelides

Angelides & South, LLP
256 N. Pleasant Street
Amherst, Massachusetts 01002
888.620.1900 • 413.256.1901
fax: 413.256.1420
www.angelidesandsouth.com