# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CARMEN L. GHULAM, ET AL,

    Plaintiff(s)

        v.                        CIVIL ACTION NO. 3:05 -30055 -MAP

DENIS RIORDAN, ET AL,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Denis Riordan, et al, against the plaintiffs Carmen L. Ghulam, et al, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                            **SARAH A. THORNTON**,
                                            CLERK OF COURT

Dated: September 16, 2005        By  /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                             [jgm.]